October 31, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

SYLVIA DOUGLAS, Appellant

NO. 14-12-01016-CV                           V.

KPH CONSOLIDATION, INC. D/B/A KINGWOOD MEDICAL CENTER,
Appellee

_____

This cause, an appeal from the interlocutory summary judgment in favor of appellee KPH Consolidation, Inc. d/b/a Kingwood Medical Center, signed October 2, 2012 and made final by the trial court's severance order of October 19, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Sylvia Douglas to pay all costs incurred in this appeal.

We further order this decision certified below for observance.